UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

JAMES T. PARKER, II and
DEBRA L. PARKER,

        **Plaintiffs,**

v.                                             Civil Action No.: 4:18cv00140

**FREEDOM MORTGAGE
CORPORATION**, *et al.*,

        **Defendants.**

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs James T. Parker, II and Debra L. Parker, by Counsel, move the Court to enlarge the time by which Plaintiffs are to file their opposition to Defendant Freedom Mortgage Corporation's Motion for Summary Judgment (ECF 39). For the reasons set forth in the accompanying Memorandum of Law, the Court should grant the Motion.

Dated: September 30, 2019.

                                                                                         Respectfully submitted,
                                                                                         **PLAINTIFFS,** *et al.*,

                                                                                        */s/*
                                                                                   Leonard A. Bennett, Esq., VSB #37523
                                                                                   Craig C. Marchiando, Esq., VSB #89736
                                                                                  Elizabeth W. Hanes, Esq., VSB #75574
                                                                                  **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                                                                  763 J. Clyde Morris Blvd., Ste. 1-A
                                                                                   Newport News, VA 23601
                                                                                  Telephone: (757) 930-3660
                                                                                  Facsimile: (757) 930-3662
                                                                                  Email: lenbennett@clalegal.com
                                                                                  Email: craig@clalegal.com
                                                                                  Email: elizabeth@clalegal.com

                                                                                   *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                        /s/
Leonard A. Bennett, Esq., VSB #37523
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

*Counsel for Plaintiffs*