UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
SEP 30 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

JAMES T. PARKER, II and
DEBRA L. PARKER,

        Plaintiffs,

v.                                            Civil Action No.: 4:18cv00140

FREEDOM MORTGAGE
CORPORATION, *et al.*,

        Defendants.

## ORDER GRANTING CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on a motion by Plaintiffs James T. Parker II and Debra L. Parker, by Counsel, for an enlargement of time to file their opposition brief to Defendant Freedom Mortgage Corporation's Motion for Summary Judgment (ECF 39). Freedom has consented to the Motion, provided that Freedom's Motion is still timely and can be heard by the Court prior to trial. Upon consideration of the pleadings and the representations of the Parties through Counsel, this Motion is hereby GRANTED, and it is hereby

ORDERED that the deadline by which Plaintiffs are to file their opposition to Freedom's Motion for Summary Judgment is enlarged from September 30, 2019 to October 4, 2019.

ENTERED this 30th day of September, 2019.

                                                  /s/
                                  Henry Coke Morgan, Jr.
                                  Senior United States District Judge

                                  Henry Coke Morgan, Jr.
                                  Senior United States District Judge

RECEIVED

2019 SEP 30 P 3 19

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA