UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JAMES T. PARKER, II, and
DEBRA L. PARKER

    Plaintiffs,

v.                                    Civil Action No: 4:18-cv-140

FREEDOM MORTGAGE CORPORATION, et al

    Defendants.

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel filed by Elizabeth W. Hanes, it is hereby **ORDERED** that the Motion is **GRANTED.**

Entered this _____ day of _____, 2020.

                                                              _____
                                                              Henry C. Morgan, Jr.
                                                              United States District Judge